STATE OF MINNESOTA )
                                    ) ss. AFFIDAVIT OF MONTORIE BRIDGES
COUNTY OF HENNEPIN )

1. Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and is thus an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) of Title 18 of the United States Code.

2. Your Affiant has been an ATF Special Agent since April of 2023. Your Affiant is currently assigned to the St. Paul Field Office. In my capacity as an ATF Special Agent, I have participated in criminal investigations of individuals and entities related to violations of Federal Laws, particularly those laws found in United States Code, Titles 18 (firearms), 21 (narcotics), and 26 (firearms). In addition, Your Affiant works with various law enforcement agencies and drug task forces throughout the State of Minnesota that have collectively participated in hundreds of investigations involving firearms and controlled substances violations.

3. I have completed the 12-week Basic Criminal Investigator's Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I have been trained to investigate criminal matters under Federal jurisdiction. I have successfully completed courses in criminal investigations, tactical training in executing searches of persons and premises,

courses in Federal firearms violations, and other general investigative matters. I have received significant amounts of training on the subject-matter within the ATF's jurisdiction at the approximately 15-week Special Agent Basic Training academy, including courses in criminal investigations, federal firearms violations, federal arson laws, and federal explosives laws. Prior to working for ATF, I attended the Oklahoma Council on Law Enforcement Education and Training (CLEET) which is approximately a 16-week academy and worked as a police officer at the Altus Police Department in Altus, Oklahoma. I received a Bachelor of Science degree in Criminal Justice in May of 2019 and a Master's of Public Administration from the University of Wyoming in Laramie, Wyoming in May 2021.

4. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Hamza Abdirashiid SAID for unlawfully possessing a machinegun in violation of Title 18, United States Code, Section 922(o)(1) and 924(a)(2).

5. The facts in this affidavit come from my personal observations, physical surveillance, my training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe

are necessary to establish probable cause.

## PROBABLE CAUSE

6. On May 30, 2025, at approximately 8:00 p.m., University of Minnesota Police (UMPD) responded to a report of a shooting at the Mariucci Arena on the University of Minnesota Campus. The arena was hosting the Wayzata High School graduation ceremony at the time of the shooting, with numerous pedestrians and attendees outside. Officers found a chaotic scene in which two victims—both attendees of the graduation ceremony—suffered gunshot wounds. Witnesses reported that the shooter had fled on foot.

7. Victim 1, a 49-year-old male, suffered a gunshot wound to the head. He was conscious when officers arrived. While receiving aid, he stated he was outside the arena with his family when he saw a group of males engaged in a confrontation; he then heard gunshots and was struck as he and his family attempted to escape the shooting. EMTs transported Victim 1 to Hennepin County Medical Center where a CT scan revealed that Victim 1 suffered a fractured skull and a brain bleed.

8. Victim 2, a 19-year-old male, was found by officers in a nearby vehicle. When officers approached, he reported having a gunshot wound to the right leg. Victim 2 was uncooperative when asked for information about the shooting. EMTs likewise transported Victim 2 to Hennepin County Medical Center for medical treatment.

9. Several witnesses at the scene reported seeing a male wearing a black tunic and a black facemask fire several shots, then run from the scene. Additional witnesses reported seeing the suspected shooter remove some of his clothing, including a black tunic in the southeast corner of the parking lot of nearby Williams Arena. Officers found a black facemask discarded nearby and witnesses reported it was dropped by the shooter.

10. Investigators viewed campus surveillance footage from the area of the shooting, which showed several males in a verbal altercation. One of the males, wearing a black tunic, withdrew a handgun and appeared to fire, causing bystanders to duck and run from the area.

11. Surveillance showed the shooter ran to the southeast corner of the Williams Arena parking lot, where he appeared to toss something behind a bush and drop his black sweatshirt, as witnesses described.

12. After discarding his clothing, the shooter left the parking lot wearing a white tee shirt, grey pants, black sandals, and white socks. Officers were updated with this description, as well as physical descriptions from witnesses at the scene. Officers tracked the shooter on live surveillance and reported that he was now heading northwest on University Avenue SE, with the white tee shirt on his head. Officers positioned themselves nearby and observed a male on foot matching the shooter's physical description, wearing dark pants, black sandals, and a white tee shirt on his head.

13. As officers approached, the shooter forcefully threw his cell phone to the ground in an apparent attempt to damage it and prevent data recovery. Officers identified the male as Hamza Abdirashiid SAID. Officers observed several fresh cuts and injuries to his elbows and wrists. SAID was taken into custody and did not provide a statement.

14. Officers searched the parking lot where SAID was seen discarding an item and removing his sweatshirt. Witnesses pointed officers to a black garment on the ground and stated they saw the suspect take it off. Officers then searched the bush where SAID was seen on surveillance discarding an item. They recovered a Glock 17 9mm semiautomatic pistol bearing serial number BEYB199.

15. The Glock was equipped with a machinegun conversion device ("MCD"), commonly referred to as a "switch" and a high-capacity extended magazine. Your Affiant knows that MCD's enable the firearm to be fired as a fully automatic weapon by a single function of the trigger and thereby convert the firearm into a "machine gun" as defined by Title 26, United States Code, Sections 922(o)(1) and 924(a)(2).

16. Based on the information set forth above, there is probable cause to believe that the Defendant, Hamza Abdirashiid SAID, violated Title 18, United States Code, Sections 922(o)(1) and 924(a)(2) by unlawfully possessing a machinegun.

Further your Affiant sayeth not.

_____
Montorie Bridges
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
June 10, 2025:

_____
John F. Docherty
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA